**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

REBECCA A. BRUNOTTE )
                              )
                              )
          **Plaintiff,** )
                              ) **Civil Action No.  08-0587 (FJS)**
      **V.** )
                              ) **ECF**
DAN M. TANGHERLINI )
**Acting Administrator, General Services** )
**Administration** )
          **Defendant.** )
_____)

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and between Plaintiff Rebecca Brunotte and

Defendant Dan M. Tangherlini, Acting Administrator, General Services Administration,

through their respective counsel, that this action is hereby dismissed with prejudice

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and in

accordance with a settlement agreement fully executed by the parties.


Respectfully submitted,


     /s/

_____

JOSEPH V. KAPLAN                                        RONALD C. MACHEN, JR.,
D.C. BAR # 347344                                      D.C. BAR # 447889
ANDREW J. PERLMUTTER                       United States Attorney
D.C. BAR # 489601                                        for the District of Columbia

PASSMAN & KAPLAN, P.C.
1828 L Street NW, Suite 600
Washington, D.C. 20036                    DANIEL F. VAN HORN,
(202) 789-0100                            D.C. BAR # 924092
aperlmutter@passmanandkaplan.com          Chief, Civil Division


Attorneys for the Plaintiff        By:        /s/        -
                                          HEATHER GRAHAM-OLIVER
                                          Assistant United States Attorney
                                          Civil Division
                                          555 Fourth St., N.W.
                                          Washington, D.C.  20530
           So Ordered:                    (202) 305-1334
                                          heather.graham-oliver@usdoj.gov


_____                 Attorneys for Defendant.
**Frederick J. Scullin, Jr.**
**Senior U.S. District Judge**


    March 7, 2013